VERNON D. SYNOVEC, APPELLANT, V. MARTIN K. EBY CONSTRUCTION CO., INC., A KANSAS CORPORATION, ET AL., APPELLEES.
JANE RUTH SYNOVEC, APPELLANT, V. MARTIN K. EBY CONSTRUCTION CO., INC., A KANSAS CORPORATION, ET AL., APPELLEES.

347 N.W.2d 117

Filed April 27, 1984. No. 83-432.

John J. Hanley, for appellants.

Richard E. O'Toole of Walsh, Walentine, Miles, Fullenkamp & O'Toole, for appellees.

KRIVOSHA, C.J., and CAPORALE, J., and MCCOWN and BRODKEY, JJ., Retired, and RONIN, D.J., Retired.

PER CURIAM.

Having reviewed the record in this case, we have concluded that the judgment of the district court was correct and should be affirmed.

AFFIRMED.